| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 1:02cr305-23 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | CR06-87 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Elliot | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Leonard D. Wexler | |
| Laurel, Delaware 19956 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/30/06 | TO 6/29/11 |

OFFENSE

Use of a Firearm during a Crime of Violence, in violation of 18 USC § 924 (c)(1)(A)(1), a Class A Felony.

REDACTED

FILED
AUG 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Delaware_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/26/06
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____DELAWARE_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge