


**U. S. DISTRICT COURT**
**U. S. PROBATION & PRETRIAL SERVICES**
**DISTRICT OF DELAWARE**

JOHN R. MCDONOUGH
Chief U. S. Probation Officer

August 2, 2006

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX: 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640



**MEMORANDUM**

TO:   U.S. District Court Judge
      (to be assigned)

RE:   ELLIOT, Michael
      Dkt. No.: 02-CR-305-23 (Eastern District of New York)
      **REQUEST FOR ACCEPTANCE OF**
      **TRANSFER OF JURISDICTION**

On November 1, 2002, the above defendant was sentenced in the Eastern District of New York by the Honorable Leonard D. Wexler, United States District Judge, for use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(I). The defendant was sentenced to 60 months of imprisonment, followed by three years of supervised release. Special conditions of release were imposed as follows: 1) The defendant shall not associate, directly or indirectly, with current or former members of the Pagans or Hells Angels; 2) The defendant shall not posses any items, colors, or logos associated with the Pagans or any other outlaw motorcycle clubs; 3) The defendant shall comply with the forfeiture clause of the plea agreement; 4) The defendant shall undergo substance abuse treatment, if necessary, with a provider selected by the Probation Department. Treatment may include outpatient or residential treatment as determined by the Probation Department.

On June 30, 2006, the defendant was released from Morris Correctional Corrections Center in Dover to begin his term of supervised release. The defendant is a Delaware native, and he currently resides in Laurel, Delaware with his wife. He is employed, full-time, as a laborer for West Automotive in Delmar.

At the request of our office, the Eastern District of New York has initiated a transfer of jurisdiction. Enclosed, please find the original Transfer of Jurisdiction, Probation Forms 22, signed by Judge Wexler. The U.S. Probation Office believes that a transfer of jurisdiction is appropriate in this case, as it would enable the probation office and the court to handle any potential violation matters in a more expedient manner. If Your Honor has no objection to the transfer, please sign Part Two, Order Accepting Jurisdiction, on both original forms. Both forms should be returned to the U.S. Probation Office for filing with the court clerks in each jurisdiction.

**RE: ELLIOT, Michael**
<u>**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**</u>
**Page: 2**

Copies of the presentence report and judgment are enclosed for Your Honor's examination.

We are available at Your Honor's convenience if there are any questions or concerns.

          Sincerely,

          John R. McDonough
          Chief U.S. Probation Officer

          Nancy A. Klingler
          U.S. Probation Officer

Reviewed by:

Thomas F. Carey
Supervising U.S. Probation Officer

Enclosure
NAK/akd