| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>1:02cr305-23 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court)<br>CR06-87 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Eastern District of New York | DIVISION<br>Brooklyn |
|---|---|---|
| Michael Elliot | NAME OF SENTENCING JUDGE<br>The Honorable Leonard D. Wexler | |
| Laurel, Delaware 19956 | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>6/30/06 | TO<br>6/29/11 |

**OFFENSE**

Use of a Firearm during a Crime of Violence, in violation of 18 USC § 924 (c)(1)(A)(i), a Class A Felony.

REDACTED

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Delaware _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 7/26/06 _____
Date

_____ [signature] _____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ DELAWARE _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ August 18, 2006 _____
Effective Date

_____ [signature] Joseph J. Farnan _____
United States District Judge