## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐    BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☑    LONG ISLAND OFFICE
U.S. DISTRICT COURT
100 FEDERAL PLAZA
P.O. Box 9014
CENTRAL ISLIP, NEW YORK 11722-9014

September 13, 2006



Peter T. Dalleo, Clerk
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

FILED

SEP 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: USA v. Michael Elliot
02cr305-23 (LDW)

Dear Mr. Dalleo:

A transfer of supervised release jurisdiction has been accepted by your court as to the defendant Michael Elliot pursuant to the order of Judge Joseph J. Farnan, Jr. dated 8/18/06, a copy of which is attached.

Enclosed please find certified copies of the charging instrument, judgment and docket sheet for the above listed case.

Please acknowledge receipt of the above documents by signing and returning the attached copy of this letter.    If you would like to email the acknowledgment to me my email address is Cinthia_Mahon@nyed.uscourts.gov

Sincerely yours,

ROBERT C. HEINEMANN
Clerk of the Court

BY: *Cinthia R. Mahon*

Operations Supervisor

Encs.

Received by:_____    Received on:_____

U.S. DISTRICT COURT E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | ★  SEP 13 2006 | 1:02cr305-23 |
| **TRANSFER OF JURISDICTION**    ENTERED | | DOCKET NUMBER *(Rec. Court)* CR06-87 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| Michael Elliot | Eastern District of New York | | Brooklyn |
| | NAME OF SENTENCING JUDGE | | |
| | The Honorable Leonard D. Wexler | | |
| Laurel, Delaware 19956 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 6/30/06 | 6/29/11 |

**OFFENSE**

Use of a Firearm during a Crime of Violence, in violation of 18 USC §924(c)(1)(A)(i), a Class A Felony.

REDACTED

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Delaware _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7/26/06_
*Date*

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ DELAWARE _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 18 2006_
*Effective Date*

_United States District Judge_

FILED

SEP 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE COPY
ATTEST
DATED _Sept._ _18_ 20 _06_
ROBERT C. HEINEMANN
_____ CLERK
BY _____
DEPUTY CLERK

# *UNITED STATES DISTRICT COURT*

EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

UNITED STATES OF AMERICA

vs.

MICHAEL ELLIOT,

THE DEFENDANT:

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER:    CR 02-00305-23 [LDW]

Defendant's Attorney:   Neil B. Checkman, Esq (CJA)
319 Broadway, 5th Floor, New York, NY 10007

XX  pleaded guilty to count 3  of a four count indictment before Mag/Judge Boyle on May 31, 2002.

__ pleaded nolo contendere to count(s) which was accepted by the court.

__ was found guilty on count(s) after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER(S) |
|---|---|---|---|
| 18 USC 924(c)(1)(A)(i) | Use of a Firearm during a Crime of Violence | February 23, 2002 | 3 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

__ The defendant has been found not guilty on count(s)

XX Count(s) 1, 2, & 4 are dismissed on the motion of the United States - AUSA GARY BROWN/AUSA LEONARD LATO..

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:          ı-9128

Defendant's Date of Birth:          1957

Defendant's USM No.:                68072-053

Date of Imposition of Sentence:  November 1, 2002

**LEONARD D. WEXLER**
**UNITED STATES DISTRICT JUDGE**

DATE: November 1, 2002

Defendant's Mailing Address:

Defendant's Residence Address:

Laurel, Delaware 19956

A TRUE COPY ATTEST

DATE: November 5, 2002
ROBERT C. HEINEMANN
Clerk of Court

By: JOSIAH KHARJIE, Courtroom Deputy

FILED

SEP 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE COPY
ATTEST
DATED Sept. 18, 20.06
ROBERT C. HEINEMANN

BY C.H. Malion  CLERK

DEPUTY CLERK

AO 245B (8/96)- Imprisonment

| | | |
|---|---|---|
| Defendant: | MICHAEL ELLIOT | Judgment - Page 2 of 7 |
| Case No.: | CR 02-00305-23 [LDW] | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 Months on Count 3.**

__XX__  The court makes the following recommendations to the Bureau of Prisons: **FCI FAIRTON, NJ OR SCHUYKILL, PA and defendant to be provided with alcohol treatment and given proper medication.**

__XX__  The defendant is remanded to the custody of the United States Marshal.
__  The defendant shall surrender to the United States Marshal for this district.

     __ at __ a.m./p.m. on __.
     __ as notified by the United States Marshal.

__  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

     __ before 2 p.m. on __.
     __ as notified by the United States Marshal.
     __ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


_____
United States Marshal

By:_____
Deputy Marshal

| Defendant: | MICHAEL ELLIOT | Judgment - Page _3_ of _7_ |
| Case No.: | CR 02-00305-23 [LDW] | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime, and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    _    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14)    if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

Defendant:     MICHAEL ELLIOT                                    Judgment - Page  4  of  7
Case No.:      CR 02-00305-23 [LDW]

## SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

   The defendant shall participate in the Home Detention program for a period of ___. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Eastern District of New York, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

   The defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

   The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

   Pursuant to Title 18, United States Code, Section 3583(d), the defendant is to be delivered, upon release from imprisonment, to a duly authorized immigration official to determine if deportation is appropriate. Should deportation be ordered, the defendant is to remain outside the United States.

**_XX_  The defendant shall not associate, directly or indirectly, with current or former members of the Pagans or Hells Angels;**

**_XX_  The defendant shall not possess any items, colors, or logos associated with the Pagans or any other outlaw motorcycle clubs;**

**_XX_  The defendant shall comply with the forfeiture clause of the plea agreement;**

**_XX_  The defendant shall undergo substance abuse treatment, if necessary, with a provider selected by the Probation Department. Treatment may include outpatient or residential treatment as determined by the Probation Department. The defendant shall abstain from illegal substances. The defendant shall contribute to the cost of services rendered or medications prescribed via co-payment or full payment in an amount approved by the Probation Department, based upon the defendant's ability to pay and/or the; availability of third party payment;**

**_XX_  During the period of supervised release, as a special condition, a prohibition on the possession of a firearm.**

Defendant:    MICHAEL ELLIOT                         Judgment - Page  5  of  7 
Case No.:    CR 02-00305-23 [LDW]

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

|  | Assessment | Fine | Total Restitution |
|---|---|---|---|
| **Totals:** | $100.00 | $ | $ |

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of $.

___ The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

    ___ The interest requirement is waived.
    ___ The interest requirement is modified as follows:

### RESTITUTION

___ The determination of restitution is deferred until ___. An Amended Judgment in a Criminal Case will be entered after such a determination. The U.S. Attorneys Office is directed to provide the necessary information to the court.

___ The defendant shall make restitution to the following victims in the amounts listed below:

___ Restitution is ordered jointly and severally with:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| Totals: | $ | $ |  |

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. §3664(f)(3)(B), the court orders nominal payments and this is reflected on Sheet 6, Statement of Reasons.

Defendant:    MICHAEL ELLIOT                                    Judgment - Page _6_ of _7_
Case No.:     CR 02-00305-23 [LDW]

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) non-federal restitution; (3) federal restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.

Payment of the total criminal monetary penalties shall be due as follows:

I.      _XX_  In full

        A.      _XX_  due immediately - ASSESSMENT.

        B.      __ on or before _____

II.     __ In installments

        A.      __      monthly in installments of _$_ over a period of __ months, to commence __ days after date of this judgment.

        B.      __      in __ installments of _$_ over a period of __ to commence __ days after the date of this judgment.

        Any payment ordered under Part II, must comply with 18 U.S.C. §3572, 18 U.S.C. §3664(n), and include a provision under 18 U.S.C. §3664(k) in which defendant must notify the court of any material changes in defendant's economic circumstances.  Upon such notice, the court may adjust the installment payment schedule.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. §3664(f)(3)(A):

n the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due.  The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

_X_  The defendant shall forfeit the defendant's interest in the following property to the United States:

        1.  Firearms, ammunition and stun guns;
        2.  Knives and other edged weapons;
        3.  Slappers, chains and hammers;
        4.  Clubs, including bats and walking sticks;
        5.  Bulletproof vests; and
        6.  "Colors" and other items bearing "Pagan" logos, including but not limited to "13" and "1%."

If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the court.

Defendant:    MICHAEL ELLIOT                                          Judgment - Page _7_ of _7_
Case No.:     CR 02-00305-23 [LDW]

## STATEMENT OF REASONS

__X__ The court adopts the factual findings and guideline application in the presentence report - Guideline 2K2.4(a)(2).

**OR**

___ The court adopts the factual findings and guideline application in the presentence report except:    (see attachment, if necessary):

### GUIDELINE RANGE DETERMINED BY THE COURT:

    Total Offense Level:

    Criminal History Category:

    Imprisonment Range:    to  months

    Supervised Release Range:    3 to 5 years

    Fine Range:    $ to $

    __XX__ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

    Restitution:    $ N/A

    ___ The court finds pursuant to 18 U.S.C. § 3664(f)(3)(B) that the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for payment of the full amount of a restitution order in the foreseeable future under any reasonable schedule of payments and is therefore ordering only nominal payments be made.

    ___ Restitution is not ordered because:

        ___ the defendant was convicted of a qualifying offense under 18 U.S.C. § 3663(a)(1)(A) and the court has considered the factors enumerated in 18 U.S.C. § 3663(a)(1)(B)(i), determining an order of restitution not to be appropriate.

        ___ the defendant was convicted of qualifying offense under 18 U.S.C. § 3663(a)(1)(A) and court has considered the factors enumerated in 18 U.S.C. § 3663(a)(1)(B)(i); pursuant to 18 U.S.C. § 3663(a)(1)(B)(ii), it has been determined that the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims.

        ___ the defendant was convicted of a qualifying offense under 18 U.S.C. § 3663A (c)(1)(A)(ii) and, pursuant to 18 U.S.C. § 3663A(c)(3)(A), the court finds from facts on the record that the number of identifiable victims is so large as to make restitution impracticable.

        ___ the defendant was convicted of a qualifying offense under 18 U.S.C. § 3663A (c)(1)(A)(ii) and, pursuant to 18 U.S.C. § 3663A(c)(3)(B), the court finds from facts on the record that determining complex issues of fact related to the cause or amount of the victims losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

__XX__ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

___ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the follow reason(s):

OR

The sentence departs from the guideline range:

    ___ upon motion of the government, as a result of defendant's substantial assistance.

    ___ for the following reason(s):

**C R    0 2    305**

JRC:LL&GRB:ll
2002R00443
Pagans202.ind

R E C E I V E D
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★  MAR 1 2 2002  ★

E N T E R E D

★ ——————— ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA [REDACTED] N D I C T M E N T

   - against -.

Cr. No. _____

(18 U.S.C. §§
844(h)(2),
924(c)(1)(A)(iii),
1959(a)(3),
1959(a)(6), 2
and 3551 et seq.)

DENNIS KATONA, also known as "Rooster,"
WILLIAM GRAYSON, also known as "Tung Foo,"
RICHARD MAHAFFEY, also known as "Fat Cat,"
MAURICE BARNES, also known as "Venger,"
ANTHONY BELLOCCHIO, also known as "Sandy,"
JOSEPH BELLOCCHIO, also known as "Kinky Joe,"
STUART BERMAN, also known as "Stinky,"
WALTER BITONTI,
PAUL BLUME,
CARL BROWN, also known as "Simon" and "Dirt,"
JOSEPH BRYANT, also known as "Hammer" and "Grumpy,"
RICHARD BURKHARDT, also known as "Woodchopper,"
ROBERT CHILLINSKY,
EDMUND COLE, also known as "Rottweiler,"
JOHN COOPER, also known as "Coop,".
CHARLES CSRENKO, also known as "Hard Way,"·
WILLIAM DAILEY, also known as "Arlo,"
TIMOTHY DALTON, also known as "Names" and "Intention,"
JOSEPH DEMATTEO, also known as "Coney Island Joe,"
DOMINICK DIPIETRO, also known as "Tac,"
FREDERICK DUNLAP,
CARLE EASTBURN, also known as "Pig,"
MICHAEL ELLIOT, also known as "Blackbeard" and "Choco,"
BRUCE ENGLAND, also known as "Oscar,"
TIMOTHY FLOOD, also known as "Casual,"
RINALDO FOCA, also known as "Jason Juarbe" and "Spanish Ray,"
ROBERT FRANCIS, also known as "Big Bobby" and "Big Bob,"
CRAIG FREDERICK, also known as "Butch," "Aqualung" and "Old Fart,"
GIRARD GENEVIE,
JESSE GRAYSON, also known as "L.J.,"
RANDALL GROFF, also known as "R.G.,"
DAVID GUTHRIE, also known as "Arlo,"
JOHN HANE, also known as "Double H.,"
JOHN HAPCIC, also known as "Hawk,"
TED HASSEY, also known as "Bar Keep,"
JAMES HAWKS, also known as "Buzzard,"

**WEXLER, J.**

**BOYLE, M.**

ANTHONY HAYWOOD, also known as "Dozer,"
MICHAEL HRABEL, also known as "Mick,".
ROBERT HRIFKO, also known as "Logic,"
PHILLIP HUFF,
RONNIE JAMES, also known as "Hooch,"
STEPHEN JOHNSTON, also known as "Rambunxious,"
JOHN JONES, also known as "Hose-A,"
STEPHEN JURNAK, also known as "Steve-O,"
VICTOR KEEHN,
BRIAN KERUSKIN, also known as "Dudes,"
HENRY KLINGER, also known as "Hammer,"
MICHAEL LANGER, also known as "Red Hand,"
JEFFREY LIGHT, also known as "Flash,"
THOMAS LOFINK, also known as "Tomkat,"
WILLIAM LOVE, also known as "Billy" and "Stone,"
LARRY MABRY, also known as "Harley,"
THOMAS MAISEY, also known as "Drifter,"
FRED MCCLURE, also known as "Mouth,"
ANDREW MELLON,
JAMES NAMISH, also known as "Crazy,"
CHARLES NICHOLS, also known as "Tombstone,"
EDWARD NOLAN, also known as "Roll-Aid,"
JOHN OREM, also known as "Night School,"
DAVID PAUSWINSKI,
HARRY QUINTER,
ROBERT QUINTER, also known as "Standup,"
RICKY RADER, also known as "Radar,"
GILBERT RAMIREZ, also known as "Gibby" and "Pedro,"
CARLOS RODRIGUEZ, also known as "Jake,"
DENNIS ROHRBACH, also known as "Short Circuit,"
RICK RUHLMAN,
WARREN SCHALLER, also known as "Bake,"
PAUL STEINER, also known as "Baron" and "Bear-Run,"
BRUCE THOMAS, also known as "Fineline" and "Tattoo Bruce,"
PAUL TOLLEY, also known as "Tap,"
CHARLES TORRENTS, also known as "Igor," and
DWAYNE WITFIELD, also known as "Doc,"

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

          At all time relevant to this Indictment, unless otherwise

indicated:

## Introduction

1.     Outlaw  motorcycle  clubs  were  national  criminal organizations comprised of local chapters.  Membership was open only to men.  The largest outlaw clubs included the Hells Angels and the Pagans.

2.     The Hells Angels were the oldest and largest outlaw motorcycle club in the world and maintained chapters throughout the world.    Within  the  United  States,  the  Hells  Angels  maintained chapters in approximately 11 states.  In New York State, the Hells Angels  maintained  four  chapters,  including  a  relatively  small chapter in Long Island.   That chapter was located at 162 Henry Street in Hempstead.

3.     The  Long  Island  chapter  of  the  Hells  Angels  was associated with other Long Island outlaw clubs, including the Wicked Wheelers of Island Park, the Demon Knights of Ronkonkoma and the East Legion of Mastic.  These clubs were subservient to the Hells Angels and were known as "duck clubs."

### The Pagans

4.     The Pagans originated in Prince George's County, Maryland, in 1959.  As the Pagans expanded, they formed a national governing board, or "Mother Club," that consisted of the Pagans' founding 13 members.   The Pagans maintained chapters in several states, including New York, New Jersey, Delaware, Maryland, Ohio, Pennsylvania, Virginia and West Virginia.  In New York State, the

4

Pagans maintained several chapters in Long Island until in or about 1999, when most members of the Long Island chapters were convicted of federal criminal charges.

5. The Mother Club did not have a geographically fixed location. It consisted of a national president, a national vice president, a national sergeant-at-arms -- the defendant DENNIS KATONA, also known as "Rooster" -- a national treasurer and others such as the defendants WILLIAM GRAYSON, also known as "Tung Foo," and RICHARD MAHAFFEY, also known as "Fat Cat." The Mother Club was responsible for setting policies, enforcing rules and regulations and scheduling events such as parties, funerals, motorcycle trips known as "runs" and "shows of force" against rival outlaw motorcycle clubs, particularly the Hells Angels.

6. The hierarchy of the Pagans' local chapters was very similar to that of the Mother Club in that each local chapter consisted of a president (also known as a "diamond") -- who was selected by a Mother Club member -- a vice president, a sergeant-at-arms and a treasurer. Moreover, each local chapter was assigned a Mother Club advisor who monitored the activities of that chapter.

7. The Pagans Mother Club appointed a group of long-term members of the Pagans to be "regulators." The regulators' responsibilities included enforcing discipline in the local chapters and helping the local chapters conceal their criminal activity from law enforcement.

8.    Each member of the Pagans signified his membership
by wearing a sleeveless jacket known as "colors."   A member's
colors contained a variety of patches bearing the word "Pagans" and
insignia such as "GFPD," which is short for "God Forgives, Pagans
Don't," and a patch bearing the symbol "1%."  Motorcycle clubs such
as the Pagans and the Hells Angels were "1%" clubs, or "1%er's,"
which signified that each member was one "of a hundred of us who
has given up on society" and which warned the public to "stay out
of our face."

9.    To signify his special status, each member of the
Pagans Mother Club had on the back of his colors a black patch with
the number 13, which corresponded to the number of the Pagans'
founding members.  Each regulator had an arm tattoo and/or a patch
on his colors consisting of a diamond containing a smoking gun.
Nearly every member had his arms emblazoned with tattoos to reflect
his membership and rank.

10.    As defined in Section 1959(b)(2) of Title 18 of the
United States Code, the Pagans constituted an "enterprise," that
is, a group of individuals associated in fact.  The Pagans engaged
in, and their activities affected, interstate commerce.  The Pagans
constituted an ongoing organization whose members functioned as a
continuing unit for a common purpose of achieving the objectives of
the enterprise.

11.    As defined in Sections 1959(b)(1) and 1961(1) of Title 18 of the United States Code, the Pagans enterprise, through its members and associates, engaged in "racketeering activity," that is, acts and threats involving arson, extortion and dealing in controlled substances, which acts and threats were in violation of the laws of the United States and the State of New York.

12.    The Pagans sought to accomplish their objectives through, among other means, creating a climate of fear by entering business establishments in "a show of force," by destroying property, and by assaulting members of rival motorcycle clubs, particularly the Hells Angels and their duck clubs.

### COUNT ONE
(Conspiracy to Commit Assault)

13.    Paragraphs 1 through 12 are realleged and incorporated as if set forth fully herein.

14.    On or about and between February 22, 2002, and February 23, 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Pagans, an enterprise engaged in racketeering activity, the defendants DENNIS KATONA, also known as "Rooster," WILLIAM GRAYSON, also known as "Tung Foo," RICHARD MAHAFFEY, also known as "Fat Cat," MAURICE BARNES, also known as "Venger," ANTHONY BELLOCCHIO, also known as "Sandy," JOSEPH BELLOCCHIO, also known as "Kinky Joe," STUART BERMAN, also known as "Stinky," WALTER BITONTI,

PAUL BLUME, CARL BROWN, also known as "Simon" and "Dirt," JOSEPH BRYANT, also known as "Hammer" and "Grumpy," RICHARD BURKHARDT, also known as "Woodchopper," ROBERT CHILLINSKY, EDMUND COLE, also known as "Rottweiler," JOHN COOPER, also known as "Coop," CHARLES CSRENKO, also known as "Hard Way," WILLIAM DAILEY, also known as "Arlo," TIMOTHY DALTON, also known as "Names" and "Intention," JOSEPH DEMATTEO, also known as "Coney Island Joe," DOMINICK DIPIETRO, also known as "Tac," FREDERICK DUNLAP, CARLE EASTBURN, also known as "Pig," MICHAEL ELLIOT, also known as "Blackbeard" and "Choco," BRUCE ENGLAND, also known as "Oscar," TIMOTHY FLOOD, also known as "Casual," RINALDO FOCA, also known as "Jason Juarbe" and "Spanish Ray," ROBERT FRANCIS, also known as "Big Bobby" and "Big Bob," CRAIG FREDERICK, also known as "Butch," "Aqualung" and "Old Fart," GIRARD GENEVIE, JESSE GRAYSON, also known as "L.J.," RANDALL GROFF, also known as "R.G.," DAVID GUTHRIE, also known as "Arlo," JOHN HANE, also known as "Double H.," JOHN HAPCIC, also known as "Hawk," TED HASSEY, also known as "Bar Keep," JAMES HAWKS, also known as "Buzzard," ANTHONY HAYWOOD, also known as "Dozer," MICHAEL HRABEL, also known as "Mick," ROBERT HRIFKO, also known as "Logic," PHILLIP HUFF, RONNIE JAMES, also known as "Hooch," STEPHEN JOHNSTON, also known as "Rambunxious," JOHN JONES, also known as "Hose-A," STEPHEN JURNAK, also known as "Steve-O," VICTOR KEEHN, BRIAN KERUSKIN, also known as "Dudes," HENRY KLINGER, also known as "Hammer," MICHAEL LANGER, also known as "Red Hand," JEFFREY LIGHT,

also known as "Flash," THOMAS LOFINK, also known as "Tomkat," WILLIAM LOVE, also known as "Billy" and "Stone," LARRY MABRY, also known as "Harley," THOMAS MAISEY, also known as "Drifter," FRED MCCLURE, also known as "Mouth," ANDREW MELLON, JAMES NAMISH, also known as "Crazy," CHARLES NICHOLS, also known as "Tombstone," EDWARD NOLAN, also known as "Roll-Aid," JOHN OREM, also known as "Night School," DAVID PAUSWINSKI, HARRY QUINTER, ROBERT QUINTER, also known as "Standup," RICKY RADER, also known as "Radar," GILBERT RAMIREZ, also known as "Gibby" and "Pedro," CARLOS RODRIGUEZ, also known as "Jake," DENNIS ROHRBACH, also known as "Short Circuit," RICK RUHLMAN, WARREN SCHALLER, also known as "Bake," PAUL STEINER, also known as "Baron" and "Bear-Run," BRUCE THOMAS, also known as "Fineline" and "Tattoo Bruce," PAUL TOLLEY, also known as "Tap," CHARLES TORRENTS, also known as "Igor," and DWAYNE WITFIELD, also known as "Doc," together with others, knowingly and intentionally conspired to assault members of the Hells Angels, Demon Knights, East Legion and Wicked Wheelers with dangerous weapons, to wit: firearms such as shotguns and handguns; stun guns; switchblade knives, gravity knives, daggers and other knives and edged weapons such as double-bladed axes; metal knuckles; chains; and clubs such as bats, axe handles, night sticks and slappers, and to commit assault resulting in serious bodily

injury, in violation of New York Penal Law Sections 120.05.1, 120.05.2, 120.05.4 and 120.05.6.

(Title 18, United States Code, Sections 1959(a)(6) and 3551 et seq.)

## COUNT TWO
### (Assault at the Vanderbilt)

15. Paragraphs 1 through 12 are realleged and incorporated as if set forth fully herein.

16. On or about February 23, 2002, within the Eastern District of New York and elsewhere, for the purpose of gaining entrance to and maintaining and increasing position in the Pagans, an enterprise engaged in racketeering activity, the defendants DENNIS KATONA, also known as "Rooster," WILLIAM GRAYSON, also known as "Tung Foo," RICHARD MAHAFFEY, also known as "Fat Cat," MAURICE BARNES, also known as "Venger," ANTHONY BELLOCCHIO, also known as "Sandy," JOSEPH BELLOCCHIO, also known as "Kinky Joe," STUART BERMAN, also known as "Stinky," WALTER BITONTI, PAUL BLUME, CARL BROWN, also known as "Simon" and "Dirt," JOSEPH BRYANT, also known as "Hammer" and "Grumpy," RICHARD BURKHARDT, also known as "Woodchopper," ROBERT CHILLINSKY, EDMUND COLE, also known as "Rottweiler," JOHN COOPER, also known as "Coop," CHARLES CSRENKO, also known as "Hard Way," WILLIAM DAILEY, also known as "Arlo," TIMOTHY DALTON, also known as "Names" and "Intention," JOSEPH DEMATTEO, also known as "Coney Island Joe," DOMINICK DIPIETRO, also known as "Tac," FREDERICK DUNLAP, CARLE EASTBURN, also known as

"Pig," MICHAEL ELLIOT, also known as "Blackbeard" and "Choco,"
BRUCE ENGLAND, also known as "Oscar," TIMOTHY FLOOD, also known as
"Casual," RINALDO FOCA, also known as "Jason Juarbe" and "Spanish
Ray," ROBERT FRANCIS, also known as "Big Bobby" and "Big Bob,"
CRAIG FREDERICK, also known as "Butch," "Aqualung" and "Old Fart,"
GIRARD GENEVIE, JESSE GRAYSON, also known as "L.J.," RANDALL GROFF,
also known as "R.G.," DAVID GUTHRIE, also known as "Arlo," JOHN
HANE, also known as "Double H.," JOHN HAPCIC, also known as "Hawk,"
TED HASSEY, also known as "Bar Keep," JAMES HAWKS, also known as
"Buzzard," ANTHONY HAYWOOD, also known as "Dozer," MICHAEL HRABEL,
also known as "Mick," ROBERT HRIFKO, also known as "Logic," PHILLIP
HUFF, RONNIE JAMES, also known as "Hooch," STEPHEN JOHNSTON, also
known as "Rambunxious,"·JOHN JONES, also known as "Hose-A," STEPHEN
JURNAK, also known as "Steve-O," VICTOR KEEHN, BRIAN KERUSKIN, also
known as "Dudes," HENRY KLINGER, also known as "Hammer," MICHAEL
LANGER, also known as "Red Hand;" JEFFREY LIGHT, also known as
"Flash," THOMAS LOFINK, also known as "Tomkat," WILLIAM LOVE, also
known as "Billy" and "Stone," LARRY MABRY, also known as "Harley,"
THOMAS MAISEY, also known as "Drifter," FRED MCCLURE, also known as
"Mouth," ANDREW MELLON, JAMES NAMISH, also known as "Crazy,"
CHARLES NICHOLS, also known as "Tombstone," EDWARD NOLAN, also
known as "Roll-Aid," JOHN OREM, also known as "Night School," DAVID
PAUSWINSKI, HARRY QUINTER, ROBERT QUINTER, also known as "Standup,"
RICKY RADER, also known as "Radar," GILBERT RAMIREZ, also known as

"Gibby" and "Pedro," CARLOS RODRIGUEZ, also known as "Jake," DENNIS ROHRBACH, also known as "Short Circuit," RICK RUHLMAN, WARREN SCHALLER, also known as "Bake," PAUL STEINER, also known as "Baron" and "Bear-Run," BRUCE THOMAS, also known as "Fineline" and "Tattoo Bruce," PAUL TOLLEY, also known as "Tap," CHARLES TORRENTS, also known as "Igor," and DWAYNE WITFIELD, also known as "Doc," knowingly and intentionally assaulted members of the Hells Angels, Demon Knights, East Legion and Wicked Wheelers with dangerous weapons, to wit: firearms such as shotguns and handguns; stun guns; switchblade knives, gravity knives, daggers and other knives and edged weapons such as double-bladed axes; metal knuckles; chains; and clubs such as bats, axe handles, night sticks and slappers, and committed assault resulting in serious bodily injury, in violation of New York Penal Law Sections 120.05.1, 120.05.2, 120.05.4 and 120.05.6.

(Title 18, United States Code, Sections 1959(a)(3), 2 and 3551 et seq.)

## COUNT THREE
(Using and Carrying Firearms)

17. On or about and between February 22, 2002, and February 23, 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DENNIS KATONA, also known as "Rooster," WILLIAM GRAYSON, also known as "Tung Foo," RICHARD MAHAFFEY, also known as "Fat Cat," MAURICE BARNES, also known as "Venger," ANTHONY BELLOCCHIO,

also known as "Sandy," JOSEPH BELLOCCHIO, also known as "Kinky Joe," STUART BERMAN, also known as "Stinky," WALTER BITONTI, PAUL BLUME, CARL BROWN, also known as "Simon" and "Dirt," JOSEPH BRYANT, also known as "Hammer" and "Grumpy," RICHARD BURKHARDT, also known as "Woodchopper," ROBERT CHILLINSKY, EDMUND COLE, also known as "Rottweiler," JOHN COOPER, also known as "Coop," CHARLES CSRENKO, also known as "Hard Way," WILLIAM DAILEY, also known as "Arlo," TIMOTHY DALTON, also known as "Names" and "Intention," JOSEPH DEMATTEO, also known as "Coney Island Joe," DOMINICK DIPIETRO, also known as "Tac," FREDERICK DUNLAP, CARLE EASTBURN, also known as "Pig," MICHAEL ELLIOT, also known as "Blackbeard" and "Choco," BRUCE ENGLAND, also known as "Oscar," TIMOTHY FLOOD, also known as "Casual," RINALDO FOCA, also known as "Jason Juarbe" and "Spanish Ray," ROBERT FRANCIS, also known as "Big Bobby" and "Big Bob," CRAIG FREDERICK, also known as "Butch," "Aqualung" and "Old Fart," GIRARD GENEVIE, JESSE GRAYSON, also known as "L.J.," RANDALL GROFF, also known as "R.G.," DAVID GUTHRIE, also known as "Arlo," JOHN HANE, also known as "Double H.," JOHN HAPCIC, also known as "Hawk," TED HASSEY, also known as "Bar Keep," JAMES HAWKS, also known as "Buzzard," ANTHONY HAYWOOD, also known as "Dozer," MICHAEL HRABEL, also known as "Mick," ROBERT HRIFKO, also known as "Logic," PHILLIP HUFF, RONNIE JAMES, also known as "Hooch," STEPHEN JOHNSTON, also known as "Rambunxious," JOHN JONES, also known as "Hose-A," STEPHEN JURNAK, also known as "Steve-O," VICTOR KEEHN, BRIAN KERUSKIN, also

known as "Dudes," HENRY KLINGER, also known as "Hammer," MICHAEL LANGER, also known as "Red Hand," JEFFREY LIGHT, also known as "Flash," THOMAS LOFINK, also known as "Tomkat," WILLIAM LOVE, also known as "Billy" and "Stone," LARRY MABRY, also known as "Harley," THOMAS MAISEY, also known as "Drifter," FRED MCCLURE, also known as "Mouth," ANDREW MELLON, JAMES NAMISH, also known as "Crazy," CHARLES NICHOLS, also known as "Tombstone," EDWARD NOLAN, also known as "Roll-Aid," JOHN OREM, also known as "Night School," DAVID PAUSWINSKI, HARRY QUINTER, ROBERT QUINTER, also known as "Standup," RICKY RADER, also known as "Radar," GILBERT RAMIREZ, also known as "Gibby" and "Pedro," CARLOS RODRIGUEZ, also known as "Jake," DENNIS ROHRBACH, also known as "Short Circuit," RICK RUHLMAN, WARREN SCHALLER, also known as "Bake," PAUL STEINER, also known as "Baron" and "Bear-Run," BRUCE THOMAS, also known as "Fineline" and "Tattoo Bruce," PAUL TOLLEY, also known as "Tap," CHARLES TORRENTS, also known as "Igor," and DWAYNE WITFIELD, also known as "Doc," during and in relation to the crimes of violence charged in Counts One and Two of this Indictment, knowingly and intentionally used and carried firearms, to wit: handguns and shotguns, and, in furtherance of such crimes, knowingly and intentionally possessed said firearms, which firearms were discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT FOUR
(Carrying Explosives)

- 18. On or about and between February 22, 2002, and February 23, 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DENNIS KATONA, also known as "Rooster," WILLIAM GRAYSON, also known as "Tung Foo," RICHARD MAHAFFEY, also known as "Fat Cat," MAURICE BARNES, also known as "Venger," ANTHONY BELLOCCHIO, also known as "Sandy," JOSEPH BELLOCCHIO, also known as "Kinky Joe," STUART BERMAN, also known as "Stinky," WALTER BITONTI, PAUL BLUME, CARL BROWN, also known as "Simon" and "Dirt," JOSEPH BRYANT, also known as "Hammer" and "Grumpy," RICHARD BURKHARDT, also known as "Woodchopper," ROBERT CHILLINSKY, EDMUND COLE, also known as "Rottweiler," JOHN COOPER, also known as "Coop," CHARLES CSRENKO, also known as "Hard Way," WILLIAM DAILEY, also known as "Arlo," TIMOTHY DALTON, also known as "Names" and "Intention," JOSEPH DEMATTEO, also known as "Coney Island Joe," DOMINICK DIPIETRO, also known as "Tac," FREDERICK DUNLAP, CARLE EASTBURN, also known as "Pig," MICHAEL ELLIOT, also known as "Blackbeard" and "Choco," BRUCE ENGLAND, also known as "Oscar," TIMOTHY FLOOD, also known as "Casual," RINALDO FOCA, also known as "Jason Juarbe" and "Spanish Ray," ROBERT FRANCIS, also known as "Big Bobby" and "Big Bob," CRAIG FREDERICK, also known as "Butch," "Aqualung" and "Old Fart," GIRARD GENEVIE, JESSE GRAYSON, also known as "L.J.," RANDALL GROFF, also known as "R.G.," DAVID GUTHRIE, also known as "Arlo," JOHN

HANE, also known as "Double H.," JOHN HAPCIC, also known as "Hawk," TED HASSEY, also known as "Bar Keep," JAMES HAWKS, also known as "Buzzard," ANTHONY HAYWOOD, also known as "Dozer," MICHAEL HRABEL, also known as "Mick," ROBERT HRIFKO, also known as "Logic," PHILLIP HUFF, RONNIE JAMES, also known as "Hooch," STEPHEN JOHNSTON, also known as "Rambunxious," JOHN JONES, also known as "Hose-A," STEPHEN JURNAK, also known as "Steve-O," VICTOR KEEHN, BRIAN KERUSKIN, also known as "Dudes," HENRY KLINGER, also known as "Hammer," MICHAEL LANGER, also known as "Red Hand," JEFFREY LIGHT, also known as "Fla'sh," THOMAS LOFINK, also known as "Tomkat," WILLIAM LOVE, also known as "Billy" and "Stone," LARRY MABRY, also known as "Harley," THOMAS MAISEY, also known as "Drifter," FRED MCCLURE, also known as "Mouth," ANDREW MELLON, JAMES NAMISH, also known as "Crazy," CHARLES NICHOLS, also known as "Tombstone," EDWARD NOLAN, also known as "Roll-Aid," JOHN OREM, also known as "Night School," DAVID PAUSWINSKI, HARRY QUINTER, ROBERT QUINTER, also known as "Standup," RICKY RADER, also known as "Radar," GILBERT RAMIREZ, also known as "Gibby" and "Pedro," CARLOS RODRIGUEZ, also known as "Jake," DENNIS ROHRBACH, also known as "Short Circuit," RICK RUHLMAN, WARREN SCHALLER, also known as "Bake," PAUL STEINER, also known as "Baron" and "Bear-Run," BRUCE THOMAS, also known as "Fineline" and "Tattoo Bruce," PAUL TOLLEY, also known as "Tap," CHARLES TORRENTS, also known as "Igor," and DWAYNE WITFIELD, also known as "Doc," during the commission of felonies, to wit: the crimes charged in Counts

16

One and Two of this Indictment, knowingly and intentionally carried

express to wit: firearms ammunition

(Title 18, United States Code, Sections 844(h)(2), 2 and

3551 et seq.)

A TRUE BILL

FOREPERSON

ALAN VINEGRAD
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.137

A TRUE COPY
ATTEST
DATED _Sept. 18_____ 20_06_
ROBERT C. HEINEMANN

BY _____ **CLERK**
DEPUTY CLERK

MJSELECT

# U.S. District Court
## Eastern District of New York (Central Islip)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-00305-LDW-23
### Internal Use Only

Case title: USA v. Katona, et al
Magistrate judge case number: 2:02-mj-00348

Date Filed: 03/12/2002

Assigned to: Senior-Judge Leonard D. Wexler

## Defendant

**Michael Elliot** (23)
*TERMINATED: 11/01/2002*
*also known as*
Blackbeard
*also known as*
Choco



represented by **Neil Bruce Checkman**
Law Office of Neil Checkman
111 Broadway, Suite 1305
New York, NY 10007
212-264-9940
Fax: 212-346-4665
Email: Neil@Checkmanlaw.com
*TERMINATED: 11/01/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

FILED
SEP 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Pending Counts

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN; 18
USC 924(c)(1)(A)(iii), 2 and 3551 et
seq. On or about February 22, 2002 and
February 23, 2002, the defendants did
knowingly and intentionally used and
carried firearms.
(3)

## Disposition

Imprisonment: 60 months Supervised
Release: three (3) years. Special
Assessment: $100.00

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1959-1600.F ASSAULT, OTHER;
18 USC 1959(a)(6) and 3551 et seq. On
or about and between February 22,
2002 and February 23, 2002, the
defendants did knowingly and

## Disposition

Counts 1,2 and 4 are dismissed on the

intentionally conspired to assault
members of the Hells Angels, Demon
Knights, East Legion and Wicked
Wheelers with dangerous weapons.
(1)

govt's motion.

18:1959-7473.F RACKETEERING
ACTIVITY, MAIMING; 18 USC 1959
(a)(3), 2 and 3551 et seq. On or about
February 23, 2002, the defendants did
knowingly and intentionally assaulted
members of the Hells Angels, Demon
Knight, East Legion and Wicked
Wheelers with dangerous weapons.
(2)

Counts 1,2 and 4 are dismissed on the
govt's motion.

18:844H.F EXPLOSIVES USED IN
COMMISSION OF FELONY; 18 USC
844(h)(2), 2 and 3551 et seq. On or
about February 22, 2002 and February
23, 2002, the defendants did knowingly
and intentionally carried explosives.
(4)

Counts 1,2 and 4 are dismissed on the
govt's motion.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

None

**Plaintiff**

**USA**                                     represented by **Leonard Lato**
Office of the U.S. Attorney, Central
Islip
610 Federal Plaza
Central Islip, NY 11722-4454
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Rabkin**
United States Attorneys Office
One Pierrepoint Plaza
15th Floor
Brooklyn, NY 11201
718-254-6353
Fax: 718-254-6076
Email: jeffrey.rabkin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/25/2002 | 1 | COMPLAINT as to Dennis Katona, Maurice Barnes, Anthony Bellocchio, Joseph Bellocchio, Stuart Berman, Walter Bitonti, Paul Blume, Carl Brown, Thomas Bruce, Joseph Bryant, Ricard Burkhardt, Robert Chillinsky, Edmond Cole, John Cooper, Charles Csrenko, William Dailey, Timothy Dalton, David Dauswinski, Joseph Dematteo, Dominick Dipietro, Frederick Dunlap, Carle Eastburn, Michael Elliot, Bruce England, Timothy Flood, Robert Francis, Craig Frederick, Girard Genevie, William Grayson, Jesse Grayson, Randall Groff, David Guthrie, John Hane, John Hapcic, Ted Hassey, Phillip Hawks, Anthony Haywood, Michael Hrabel, Robert Hrifko, Phillip Huff, Ronnie James, Stephen Johnston, John Jones, Jason Juarbe, Stephen Jurnak, Victor Keehn, Brian Keruskin, Henry Klinger, Michael Langer, Jeffrey Light, Thomas Lofink, William Love, Larry Mabry, Richard Mahaffey, Thomas Maisey, Fred McClure, Andrew Mellon, James Namish, Charles Nichols, Edward Nolan, John Orem, Harry Quinter, Robert Quinter, Ricky Rader, Gilbert Ramirez, Carlos Rodriguez, Dennis Rohrbach, Rick Ruhlman, Warren Schaller, Paul Steiner, Paul Tolley, Charles Torrents, Dwayne Witfield [ 2:02-m -348 ] (Talbott, Thomas) (Entered: 02/26/2002) |
| 02/25/2002 | | ARREST WARRANT issued as to Dennis Katona, Maurice Barnes, Anthony Bellocchio, Joseph Bellocchio, Stuart Berman, Walter Bitonti, Paul Blume, Carl Brown, Thomas Bruce, Joseph Bryant, Ricard Burkhardt, Robert Chillinsky, Edmond Cole, John Cooper, Charles Csrenko, William Dailey, Timothy Dalton, David Dauswinski, Joseph Dematteo, Dominick Dipietro, Frederick Dunlap, Carle Eastburn, Michael Elliot, Bruce England, Timothy Flood, Robert Francis, Craig Frederick, Girard Genevie, William Grayson, Jesse Grayson, Randall Groff, David Guthrie, John Hane, John Hapcic, Ted Hassey, Phillip Hawks, Anthony Haywood, Michael Hrabel, Robert Hrifko, Phillip Huff, Ronnie James, Stephen Johnston, John Jones, Jason Juarbe, Stephen Jurnak, Victor Keehn, Brian Keruskin, Henry Klinger, Michael Langer, Jeffrey Light, Thomas Lofink, William Love, Larry Mabry, Richard Mahaffey, Thomas Maisey, Fred McClure, Andrew Mellon, James Namish, Charles Nichols, Edward Nolan, John Orem, Harry Quinter, Robert Quinter, Ricky Rader, Gilbert Ramirez, Carlos Rodriguez, Dennis Rohrbach, Rick Ruhlman, Warren Schaller, Paul Steiner, Paul Tolley, Charles Torrents, Dwayne Witfield [ 2:02-m -348 ] (Talbott, Thomas) (Entered: 02/26/2002) |
| 02/27/2002 | 320 | CJA 20 : Appointment of Attorney Lloyd Nadel (interviewd Robert Quinter but was replace by retained counsel at initial appearance) ( Signed by Magistrate Michael L. Orenstein, Dated 3/13/02) [ 2:02-m -348 ] (Imrie, Robert) (Entered: 03/21/2002) |
| 03/04/2002 | 356 | MEMORANDUM from E. Thomas Boyle, USMJ to W. Dennis Harrell, MCC dated 3/4/02 re: Medical Evaluation of an Inmate. [ 2:02-m -348 ] (Mahon, Cinthia) (Entered: 03/25/2002) |
| 03/05/2002 | 391 | INTER-OFFICE MEMO from E. Thomas Boyle to W. Dennis Harrell, |

| | | |
|---|---|---|
| | | MCC dated 3/5/02 re: Medical Evaluation of an Inmate. [ 2:02-m -348 ] (Mahon, Cinthia) (Entered: 03/25/2002) |
| 03/12/2002 | | Terminate defendant in magistrate case merged to CR case: 02CR305 party Dwayne Witfield, party Charles Torrents, party Paul Tolley, party Paul Steiner, party Warren Schaller, party Rick Ruhlman, party Dennis Rohrbach, party Carlos Rodriguez, party Gilbert Ramirez, party Ricky Rader, party Robert Quinter, party Harry Quinter, party John Orem, party Edward Nolan, party Charles Nichols, party James Namish, party Andrew Mellon, party Fred McClure, party Thomas Maisey, party Richard Mahaffey, party Larry Mabry, party William Love, party Thomas Lofink, party Jeffrey Light, party Michael Langer, party Henry Klinger, party Brian Keruskin, party Victor Keehn, party Stephen Jurnak, party Jason Juarbe, party John Jones, party Stephen Johnston, party Ronnie James, party Phillip Huff, party Robert Hrifko, party Michael Hrabel, party Anthony Haywood, party Phillip Hawks, party Ted Hassey, party John Hapcic, party John Hane, party David Guthrie, party Randall Groff, party Jesse Grayson, party William Grayson, party Girard Genevie, party Craig Frederick, party Robert Francis, party Timothy Flood, party Bruce England, party Michael Elliot, party Carle Eastburn, party Frederick Dunlap, party Dominick Dipietro, party Joseph Dematteo, party David Dauswinski, party Timothy Dalton, party William Dailey, party Charles Csrenko, party John Cooper, party Edmond Cole, party Robert Chillinsky, party Ricard Burkhardt, party Joseph Bryant, party Thomas Bruce, party Carl Brown, party Paul Blume, party Walter Bitonti, party Stuart Berman, party Joseph Bellocchio, party Anthony Bellocchio, party Maurice Barnes, party Dennis Katona, Terminated motions: [ 2:02-m -348 ] (Duong, Susan) Modified on 03/28/2002 (Entered: 03/28/2002) |
| 03/12/2002 | | **Case closed as to all defendants: Dennis Katona, Maurice Barnes, Anthony Bellocchio, Joseph Bellocchio, Stuart Berman, Walter Bitonti, Paul Blume, Carl Brown, Thomas Bruce, Joseph Bryant, Ricard Burkhardt, Robert Chillinsky, Edmond Cole, John Cooper, Charles Csrenko, William Dailey, Timothy Dalton, David Dauswinski, Joseph Dematteo, Dominick Dipietro, Frederick Dunlap, Carle Eastburn, Michael Elliot, Bruce England, Timothy Flood, Robert Francis, Craig Frederick, Girard Genevie, William Grayson, Jesse Grayson, Randall Groff, David Guthrie, John Hane, John Hapcic, Ted Hassey, Phillip Hawks, Anthony Haywood, Michael Hrabel, Robert Hrifko, Phillip Huff, Ronnie James, Stephen Johnston, John Jones, Jason Juarbe, Stephen Jurnak, Victor Keehn, Brian Keruskin, Henry Klinger, Michael Langer, Jeffrey Light, Thomas Lofink, William Love, Larry Mabry, Richard Mahaffey, Thomas Maisey, Fred McClure, Andrew Mellon, James Namish, Charles Nichols, Edward Nolan, John Orem, Harry Quinter, Robert Quinter, Ricky Rader, Gilbert Ramirez, Carlos Rodriguez, Dennis Rohrbach, Rick Ruhlman, Warren Schaller, Paul Steiner, Paul Tolley, Charles Torrents, Dwayne Witfield [ 2:02-m -348 ] (Duong, Susan) (Entered: 03/28/2002) |
| 03/12/2002 | 426 | INDICTMENT as to Dennis Katona (1) count(s) 1, 2, 3, 4, William |

| | | |
|---|---|---|
| | | Grayson (2) count(s) 1, 2, 3, 4, Richard Mahaffey (3) count(s) 1, 2, 3, 4, Maurice Barnes (4) count(s) 1, 2, 3, 4, Anthony Bellocchio (5) count(s) 1, 2, 3, 4, Joseph Bellocchio (6) count(s) 1, 2, 3, 4, Stuart Berman (7) count(s) 1, 2, 3, 4, Walter Bitonti (8) count(s) 1, 2, 3, 4, Paul Blume (9) count(s) 1, 2, 3, 4, Carl Brown (10) count(s) 1, 2, 3, 4, Joseph Bryant (11) count(s) 1, 2, 3, 4, Richard Burkhardt (12) count(s) 1, 2, 3, 4, Robert Chillinsky (13) count(s) 1, 2, 3, 4, Edmund Cole (14) count(s) 1, 2, 3, 4, John Cooper (15) count(s) 1, 2, 3, 4, Charles Csrenko (16) count(s) 1, 2, 3, 4, William Dailey (17) count(s) 1, 2, 3, 4, Timothy Dalton (18) count (s) 1, 2, 3, 4, Joseph Dematteo (19) count(s) 1, 2, 3, 4, Dominick Dipietro (20) count(s) 1, 2, 3, 4, Frederick Dunlap (21) count(s) 1, 2, 3, 4, Carle Eastburn (22) count(s) 1, 2, 3, 4, Michael Elliot (23) count(s) 1, 2, 3, 4, Bruce England (24) count(s) 1, 2, 3, 4, Timothy Flood (25) count(s) 1, 2, 3, 4, Rinaldo Foca (26) count(s) 1, 2, 3, 4, Robert Francis (27) count(s) 1, 2, 3, 4, Craig Frederick (28) count(s) 1, 2, 3, 4, Girard Genevie (29) count (s) 1, 2, 3, 4, Jesse Grayson (30) count(s) 1, 2, 3, 4, Randall Groff (31) count(s) 1, 2, 3, 4, David Guthrie (32) count(s) 1, 2, 3, 4, John Hane (33) count(s) 1, 2, 3, 4, John Hapcic (34) count(s) 1, 2, 3, 4, Ted Hassey (35) count(s) 1, 2, 3, 4 (Duong, Susan) Modified on 03/29/2002 (Entered: 03/29/2002) |
| 03/12/2002 | | Magistrate Boyle has been selected by random selection to handle any matters that may be referred in this case. (Duong, Susan) (Entered: 03/29/2002) |
| 03/12/2002 | | ** Added Government Attorney Leonard Lato (Duong, Susan) (Entered: 03/29/2002) |
| 03/18/2002 | | WRIT of Habeas Corpus ad Prosequendum issued as to Michael Elliot on 3/18/02 for his appearance on 3/19/02 (Montero, Edher) (Entered: 04/02/2002) |
| 03/19/2002 | 434 | Bench WARRANT Returned Executed as to Michael Elliot on 3/19/02 by John C. Quaranto at the Nassau County Jail. (Montero, Edher) (Entered: 04/02/2002) |
| 03/19/2002 | | First Appearance as to Michael Elliot, John Hapcic, Ted Hassey, Anthony Haywood, Robert Hrifko held (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/19/2002 | | District Court Arraignment as to Michael Elliot, John Hapcic, Ted Hassey, Anthony Haywood, Michael Hrabel, Robert Hrifko held Michael Elliot (23) count(s) 1, 2, 3, 4, John Hapcic (34) count(s) 1, 2, 3, 4, Ted Hassey (35) count(s) 1, 2, 3, 4, Anthony Haywood (37) count(s) 1, 2, 3, 4, Michael Hrabel (38) count(s) 1, 2, 3, 4, Robert Hrifko (39) count(s) 1, 2, 3, 4 (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/19/2002 | 497 | CALENDAR ENTRY as to Michael Elliot, John Hapcic, Ted Hassey, Anthony Haywood, Robert Hrifko; Case called before Magistrate E. T. Boyle on date of 3/19/02 at 2:30 p.m. Criminal Cause For Arraignment, Court Reporter: Harry Rapaport, Deft Elliot present in custody with CJA counsel, Neil Checkman. Deft Hapcic present in custody with CJA |

| | | counsel Alan Nelson. Deft Massey present in custody with CJA counsel, Richard Shanley. Deft Haywood present in custody with CJA counsel, Jerry Tritz. Deft Hrifko present in custody with CJA counsel, Martin Goldberg. Govt: Gary Brown. First appearance of defendants. Defts arraigned. Not Guilty: Michael Elliot (23) count(s) 1, 2, 3, 4, John Hapcic (34) count(s) 1, 2, 3, 4, Ted Hassey (35) count(s) 1, 2, 3, 4, Anthony Haywood (37) count(s) 1, 2, 3, 4, Robert Hrifko (39) count(s) 1, 2, 3, 4 . Deft continued in custody. Medical application. Medical order executed. Schedule demands: 3/20/02 Responses: 3/22/02. Order of detention executed as to Michael Elliot. Bail Hearing scheduled for 3/25/02 at 2 p.m. (Mahon, Cinthia) (Entered: 04/09/2002) |
|---|---|---|
| 03/19/2002 | 498 | INTER-OFFICE MEMO from Mag. Judge E.T. Boyle to W. Dennis Harrell, Health Service Administrator, MCC dated 3/19/02 re: Medical Evaluation of Michael A. Eliot. Deft states that he suffers from hepatitis C and has not received any prescribed medication for this condition. Pagetron- weekly, ribiviron - twice daily, peg-lutroh - weekly. Deft should be properly medicated for this condition. SO ORDERED. (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/19/2002 | 499 | NOTICE of Discharge Summary from Nassau University Medical Center as to deft., Michael Elliot. (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/19/2002 | 500 | ORDER OF DETENTION PENDING TRIAL as to Michael Elliot. No bail application - consent to order of detention - bail hearing to be held on 3/25/02 at 2:00 p.m. (Signed by Magistrate E. T. Boyle, dated: 3/19/02) c/m (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/19/2002 | 501 | CJA 23 FINANCIAL AFFIDAVIT by Michael Elliot (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/20/2002 | 502 | LETTER dated 3/19/02 from Gary R. Brown to Mag. Judge Boyle re: in support of the govt's application to exclude time from the Speedy Trial calculations because the instant matter is a complex case under 18:3161. (Mahon, Cinthia) (Entered: 04/09/2002) |
| 03/22/2002 | 430 | TRANSCRIPT OF ARRAIGNMENT Before: Honorable E. Thomas Boyle, U.S.M.J. filed in case as to John Hapcic, Ted Hassey, Phillip Huff, Anthony Haywood, Robert Hrifko, Ronnie James, Stephen Johnston, John Jones, Stephen Jurnak, Randall Bruce England, Rinaldo Foca, Michael Elliot for dates of 3/19/02 ; Court Reporter/ESR: Harry Rapaport, C.S.R.; Proceedings recorded by mechanical stenography. Transcript produced by Computer-Assisted Transcription. (Fagan, Linda) (Entered: 04/01/2002) |
| 03/22/2002 | 521 | ORDER pursuant to 28:1651(a) that upon the request of the U.S. Marsahl and/or his designee, the Nassau County jail, the Nassau County University Medical Center, and all relevant employees and agents thereof shall provide the USM all requested records and information, both orally and/or in writing, relation to the medical condition, treatment and diagnosis of all defendants in this case. (Signed by Magistrate E. T. Boyle, on 3/22/02) c/m (Mahon, Cinthia) (Entered: 04/10/2002) |

| 03/25/2002 | 528 | CALENDAR ENTRY as to Michael Elliot; Case called before Magistrate E. T. Boyle on date of 3/25/02 at 2:50 p.m. Criminal Cause for Detention Hearing. Govt: Leonard Lato No appearance by CJA Counsel, Neil Checkman. Case rescheduled for 3/26/02 at 2:00 p.m. as to medical conditions of the defendants. (Mahon, Cinthia) (Entered: 04/10/2002) |
|---|---|---|
| 03/25/2002 | 538 | Letter MOTION by Michael Elliot for discovery and inspection and for a Bill of Particulars (Mahon, Cinthia) (Entered: 04/10/2002) |
| 03/25/2002 | 539 | LETTER dated 3/21/02 from Neil B. Checkman to Mag. Judge Boyle re: I write to register Mr. Elliot's objection to the govt's application to designate this matter as a complex case pursuant to 18:3161. (Mahon, Cinthia) (Entered: 04/10/2002) |
| 03/26/2002 | 542 | INTER-OFFICE MEMO from Mag. Judge Boyle to James Neal, M.D., Nassau County Correctional Facility, dated 3/26/02 re: On motion of the defendant, joined in by the govt, the Court directs that arrangements be made for the cystoscopy, referenced in the annexed correspondence, dated 3/8/02 from Dr. Bagley, M.D., to be performed on the defendant at the first available date. (Signed by Mag. Judge Boyle on 3/26/02) (Mahon, Cinthia) (Entered: 04/10/2002) |
| 03/26/2002 | 546 | CALENDAR ENTRY as to Michael Elliot; Case called before Magistrate E. T. Boyle on date of 3/26/02 at @2:45 p.m. Criminal Cause for Detention Hearing. No appearance by CJA counsel, Neil Checkman. Govt: Gary Brown. Medical report as to the medication for the defendant Michael Elliot. Defense counsel, Neil Checkman, can make application to the court to request another conference as to the medication for the defendant. (Mahon, Cinthia) (Entered: 04/10/2002) |
| 03/27/2002 | 436 | Letter MOTION by Neil B. Checkman on behalf of Michael Elliot requesting that the Court schedule an appearance for 3/29/02 at 11:00 a.m. to discuss deft's health problems No motion hearing. (Montero, Edher) (Entered: 04/02/2002) |
| 03/27/2002 | | ENDORSED ORDER as to Michael Elliot denying [436-1] motion requesting that the Court schedule an appearance for 3/29/02 at 11:00 a.m. to discuss deft's health problems as to Michael Elliot (23). This was calendared for 3/26/02 at 2:00 p.m. and deft's counsel failed to appear or to communicate any explanation for his non-appearance to the Court. The request to place this on the calendar for Friday is denied without prejudice. The government is directed to report to the Court in writing with respect to the deft's treatment and medication, on notice to the deft's counsel on or before 4/3/02. So ordered. (Signed by Magistrate E. T. Boyle 3/27/02)c/f and c/g eod #436 (Montero, Edher) (Entered: 04/02/2002) |
| 03/27/2002 | 547 | Letter MOTION by Michael Elliot requesting that the Court schedule an appearance for this Friday at 11:00 a.m. so that we may discuss Mr. Elliot's serious health issues . (Mahon, Cinthia) (Entered: 04/10/2002) |
| 03/27/2002 | | ENDORSED ORDER as to Michael Elliot. This was calendared for 3/26/02 at 2:00 p.m. and defendant's counsel failed to appear or to |

| | | communicate any explanation for his non-appearance to the Court. Denying without prejudice the [547-1] motion requesting that the Court schedule an appearance for this Friday at 11:00 a.m. so that we may discuss Mr. Elliot's serious health issues as to Michael Elliot (23). The government is directed to report to the Court in writing with respect to the deft's treatment and medication, on notice to the deft's counsel on or before 4/3/02. (Signed by Magistrate E. T. Boyle, on 3/27/02) eod #547 c/f c/g (Mahon, Cinthia) (Entered: 04/10/2002) |
|---|---|---|
| 03/29/2002 | 554 | LETTER dated 3/29/02 from Neil B. Checkman to Mag. Judge Boyle re: It is not counsel's practice to ignore court appearances, nor to leave clients unrepresented. We ask the Court to excuse this mix-up, and to insure that in the future counsel has sufficient notice of scheduled appearances. (Mahon, Cinthia) (Entered: 04/10/2002) |
| 04/03/2002 | 578 | LETTER dated 4/3/02 from James E. Tatum, Jr. to Judge Wexler. RE: This letter is submitted by the govt to confirm that the above-captioned case has been re-scheduled for a status conf. from its current date of 4/26/02 until 5/10/02 at 11:00 a.m. (Montero, Edher) (Entered: 04/16/2002) |
| 04/04/2002 | | **Reset last document number to 577 (Mahon, Cinthia) (Entered: 04/12/2002) |
| 04/11/2002 | 572 | LETTER dated 4/8/02 from AUSA Lato & Brown to All Defense Counsel showing a schedule dividing the dfts into 3 pre-trial groups in this prosecution. (Barhome, Sydelle) (Entered: 04/12/2002) |
| 04/22/2002 | | **Terminated deadlines (Barhome, Sydelle) (Entered: 04/22/2002) |
| 04/22/2002 | | **Terminated deadlines (Barhome, Sydelle) (Entered: 04/22/2002) |
| 04/23/2002 | 593 | LETTER dated 4/22/02 from Gary R. Brown to All counsel. Re: This letter together with the enclosed discovery pkg. is in response to your request for discovery, provides you with discovery material pursuant to Rule 16. Please be advised that the govt also requests the production of all statements by defense witnesses pursuant to Rule 26.2 of the FRCP. Affidavit of service of these documents attached herewith and executed on 4/22/02. (Montero, Edher) (Entered: 04/24/2002) |
| 05/06/2002 | 626 | CJA 20 Authorization to Pay $ 183.00 Voucher # 020508000014 to DupeCoop, LLC (final payment) for duplication services. (Signed by Judge Leonard D. Wexler on 5/6/02). (Montero, Edher) (Entered: 05/23/2002) |
| 05/07/2002 | 607 | CALENDAR ENTRY as to Dennis Katona, William Grayson, Richard Mahaffey, Maurice Barnes, Paul Blume, Carl Brown, Joseph Bryant, Richard Burkhardt, Robert Chillinsky, Edmund Cole, Charles Csrenko, Timothy Dalton, Robert Francis, Girard Genevie, Jesse Grayson, James Hawks, Ronnie James, John Jones, Stephen Jurnak, Michael Langer, Thomas Lofink, Larry Mabry, John Orem, Gilbert Ramirez, Dennis Rohrbach, Bruce Thomas, Charles Torrents; Case before Judge Leonard D. Wexler on 5/7/02 at 11:00 a.m. for criminal cause for status conf. |

| | | |
|---|---|---|
| | | Dennis Katona present in custody with retained counsel, Mark Lancaster; William Grayson, present in custody with CJA counsel, Mitchell Golub; Richard Mahaffey, present in custody with CJA counsel, Gary Schoer; Maurice Barnes, present in custody with CJA counsel, Martin Geduldig; Paul Blume, present in custody with CJA counsel, Allen Lashley; Joseph Bryant, present in custody with CJA counsel, Kathleen Tomlinson; Richard Burkhardt, present in custody with CJA counsel, Elizabeth Macedonio by Glenn Obedin; Robert Chillinsky, present in custody with CJA counsel, Barry Rhodes; Edmund Cole, present in custody with CJA counsel, Joseph Ryan; Charles Csrenko, present in custody with CJA counsel, Michael Hurwitz; Timothy Dalton present in custody with CJA counsel, Glenn Obedin; Robert Francis, present in custody with CJA counsel, Lee Ginsberg by Tracy Gaffey; Girard Genevie, present in custody with CJA counsel, Steven Bernstein; Jesse Grayson, present in custody with CJA counsel, Richard Lind; for James Hawks only CJA counsel, David Gordon, present; Ronnie James, present in custody with CJA counsel, Winston Lee; John Jones, present in custody with CJA counsel, Joel Walter; Stephen Jurnak, present in custody with retained counsel, Barry Zone; Michael Langer, present in custody with retained counsel, Paul Rinaldo; Thomas Lofink, present in custody with CJA counsel, John Wallenstein; Larry Mabry, present in custody with CJA counsel, Timothy McInnis; John Orem, present in custody with CJA counsel, Ed Lundstedt; Gilbert Ramirez, present in custody with CJA counsel, Robert Moore; Dennis Rohrbach, present in custody with retained counsel, Henry Schober; Bruce Thomas, present in custody with retained counsel, Richard Willstatter; Charles Torrents, present in custody with retained counsel, Trevor Headly. Govt: Gary Brown and Leonard Lato. Court Reporter: Dominick Tursi. Case called. Deft. Hawks not present. Court declares this matter as a "Complex Case". Court designates the following defts. to be tried first: Katona, William Grayson, Langer, Harbel, Namish, Hrifko. Trial date to be fixed at next conf, which is set for 5/8/02 at 10:00 a.m. Deft Csrenko's request for bail-denied. Deft Barne's request for bail-denied, deft. to submit medical record. Defts. remanded. Case adjourned to 5/8/02 at 10:00 a.m. for Group #2. (Montero, Edher) (Entered: 05/10/2002) |
| 05/08/2002 | 610 | CALENDAR ENTRY as to William Dailey, Joseph Dematteo, Dominick Dipietro, Michael Elliot, Bruce England; Case called before Judge Leonard D. Wexler on 5/8/02 at 10:00 a.m. for criminal cause for status conf. Deft. William Dailey not present-CJA counsel, Richard Rosenkrantz present only; Joseph Dematteo, present in custody with retained counsel, Joshua Briskin; Domincik Dipietro, present on bail with CJA counsel Anthony Colleluori; Michael Elliott, present in custody with CJA counsel, Neil Checkman; and Bruce England, present in custody with CJA counsel, Joe Bondi. Govt: Gary Brown and Leonard Lato. Court Reporter: Dominick Tursi. Case called. Defts. and counsel present, except defts. Dailey, Tolley and Torrents. Court directs the following as to the defts on the first trial: govt to turn over statements and criminal history of all govt's witnesses. Statements of individuals who were present at the scene to be turned over to the court for in camera |

| | | inspection. Defts. to file motions in two (2) weeks. On consent, jury selection on 6/10/02 before Judge Boyle. Trial 6/17/02. Court advised all defts. that this case is designated as a complex case and speedy trial is waived. Defts. remanded. (Montero, Edher) (Entered: 05/14/2002) |
|---|---|---|
| 05/09/2002 | | **Terminated deadlines (Montero, Edher) (Entered: 05/15/2002) |
| 05/13/2002 | 614 | LETTER dated 5/10/02 from Neil B. Checkman to Leonard Lato and Gary Brown. Re: This letter is meant to supplement Mr. Elliott's previous requests for Discovery and Inspection as set forth in our letter dated 3/20/02. (Montero, Edher) (Entered: 05/14/2002) |
| 05/14/2002 | 622 | LETTER dated 5/13/02 from Alan Vinegrad by Susan Burkhoff on behalf of plaintiff to All counsel. Re: enclosing all statements of deft. and annexed is affidavit of service of documents served on 5/13/02 by Patricia A. Laskowski. (Montero, Edher) (Entered: 05/17/2002) |
| 05/15/2002 | 624 | LETTER dated 5/15/02 from Gary R. Brown to Counsel for defts, Grayson, James, Mabry, Elliot, Johnston and Steiner. RE: that Judge Wexler has scheduled a status conf. for the above ref. second trial defts for 5/16/02 at 2:30 p.m. (Montero, Edher) (Entered: 05/21/2002) |
| 05/16/2002 | 625 | CALENDAR ENTRY as to Jesse Grayson, Ronnie James, Larry Mabry, Michael Elliot, Stephen Johnston, Paul Steiner; Case called before Judge Leonard D. Wexler on 5/16/02 at 2:30 p.m. for criminal cause for pre-trial conf. Deft., Jesse Grayson present in custody with CJA counsel, Richard Lind; Ronnie James, present in custody with CJA counsel, Winston Lee; Larry Mabry, present in custody with CJA counsel, Timothy McInnis by Winston Lee; Michael Elliot, present in custody with CJA counsel, Neil Checkman; Stephen Johnston, present in custody with CJA counsel Roger Bernstein by Neil Checkman; and Paul Steiner, present in custody with CJA counsel, Eric Naiburg. Govt: Gary Brown and Leonard Lato. Court Reporter- Paul Lombardi Reset Jury trial for 9:30 a.m.on 7/9/02 for the above defts. before Judge Leonard D. Wexler . Reset jury selection for 7/8/02 for these defts on consent, before Mag/Judge E.T. Boyle . Discovery to be turned over by the end of next week. Motion by 6/10/02. Defts. remanded. (Montero, Edher) (Entered: 05/21/2002) |
| 05/31/2002 | 664 | CALENDAR ENTRY as to Charles Csrenko, Frederick Dunlap, Michael Elliot, Ted Hassey, Henry Klinger, Thomas Maisey; Case called before Judge Leonard D. Wexler on 5/31/02 at 12:00 p.m. for criminal cause for pleading. Deft. Csrenko, present in custody with CJA counsel, Michael Hurwitz; deft. Dunlap present in custody with CJA counsel, Ellyn Bank; deft. Elliot present in custody with CJA counsel, Neil Checkman; deft. Hassey present in custody with CJA counsel, Richard Shanley; deft. Klinger present in custody with CJA counsel, Francis Murphy; and deft. Maisey present in custody with CJA counsel, Steve Zissou. Govt: Gary Brown and Leonard Lato. Court Reporter-Perry Auerbach. Defts. sworn. Defts. rearraigned. Defts. informed of Defts. state true names to be as indicated on the record. Defts. withdraw not guilty plea and enter guilty plea as follows: Defts. Csrenko and Francis to count 2 of the indictment. |

| | | |
|---|---|---|
| | | Defts, Dunlap, Hassey, Klinger, Maisey, Genevie, Huff and Robert Quinter guilty to count 1 of the indictment. Deft. Elliot to count 3 of the indictment. Guilty: Charles Csrenko (16) count(s) 2, Frederick Dunlap (21) count(s) 1, Michael Elliot (23) count(s) 3, Ted Hassey (35) count(s) 1, Henry Klinger (47) count(s) 1, Thomas Maisey (53) count(s) 1 . Court finds factual basis for the plea. Defts. continued in custody. Deft. and counsel is directed to report to the Probation Dept. for preparatin for PSI. Sentencing date to be fixed by the Probation Dept. (Montero, Edher) Modified on 06/07/2002 (Entered: 06/06/2002) |
| 05/31/2002 | 703 | STANDARD PLEA executed by Michael Elliot on 5/31/02. (Montero, Edher) (Entered: 06/07/2002) |
| 05/31/2002 | | ** Added for Michael Elliot Attorney Neil B. Checkman (Montero, Edher) (Entered: 11/08/2002) |
| 09/23/2002 | 763 | CJA 20 as to Michael Elliot Authorization to Pay $183.00 to DupeCoop, LLC, Mt. Freedom, NJ for duplication services. Voucher # 020926000015 (Signed by Judge Leonard D. Wexler on 9/23/02). (Montero, Edher) (Entered: 10/01/2002) |
| 10/17/2002 | 792 | LETTER dated 10/16/02 from AUSA Gary Brown to Hon. J. Wexler responding to Pre-Sentence Reports issued in connection with the dfts who pled pursuant to the Govt's global plea offer in this matter. (Barhome, Sydelle) (Entered: 10/18/2002) |
| 10/25/2002 | 931 | ORDER as to Dennis Katona, William Grayson, Richard Mahaffey, Maurice Barnes, Anthony Bellocchio, Joseph Bellocchio, Stuart Berman, Walter Bitonti, Paul Blume, Carl Brown, Joseph Bryant, Richard Burkhardt, Robert Chillinsky, Edmund Cole, John Cooper, Charles Csrenko, William Dailey, Timothy Dalton, Joseph Dematteo, Dominick Dipietro, Frederick Dunlap, Carle Eastburn, Michael Elliot, Bruce England, Timothy Flood, Rinaldo Foca, Robert Francis, Craig Frederick, Girard Genevie, Jesse Grayson, Randall Groff, David Guthrie, John Hane, John Hapcic, Ted Hassey, James Hawks, Anthony Haywood, Michael Hrabel, Robert Hrifko, Phillip Huff, Ronnie James, Stephen Johnston, John Jones, Stephen Jurnak, Victor Keehn, Brian Keruskin, Henry Klinger, Michael Langer, Jeffrey Light, Thomas Lofink, William Love, Larry Mabry, Thomas Maisey, Fred McClure, Andrew Mellon, James Namish, Charles Nichols, Edward Nolan, John Orem, David Pauswinski, Harry Quinter, Robert Quinter, Ricky Rader, Gilbert Ramirez, Carlos Rodriguez, Dennis Rohrbach, Rick Ruhlman, Warren Schaller, Paul Steiner, Bruce Thomas, Paul Tolley, Charles Torrents, Dwayne Witfield, Michael Grayson. Ordered that the Nassau County jail, the Nassau County University Medical Center and all relevant employees and agents thereof shall provide to Richrd Desmond, Intelligence Operations Officer, Metropolitan Detention Center all medical disciplinary records of the above individuals. So ordered. (Signed by Magistrate E. T. Boyle on 10/25/02) (Montero, Edher) (Entered: 11/15/2002) |
| 10/30/2002 | | **Terminated party Edmund Cole (Barhome, Sydelle) (Entered: |

| | | |
|---|---|---|
| | | 10/31/2002) |
| 10/30/2002 | | **Terminated party Robert Chillinsky (Barhome, Sydelle) (Entered: 10/31/2002) |
| 10/30/2002 | | **Terminated party Frederick Dunlap (Barhome, Sydelle) (Entered: 10/31/2002) |
| 10/30/2002 | | **Terminated party Joseph Bryant (Barhome, Sydelle) (Entered: 10/31/2002) |
| 10/30/2002 | | **Terminated party Carl Brown (Barhome, Sydelle) (Entered: 10/31/2002) |
| 10/30/2002 | | **Terminated party Joseph Bellocchio (Barhome, Sydelle) (Entered: 11/01/2002) |
| 10/30/2002 | | **Terminated party Anthony Bellocchio (Barhome, Sydelle) (Entered: 11/01/2002) |
| 10/30/2002 | | **Terminated party John Cooper (Barhome, Sydelle) (Entered: 11/01/2002) |
| 10/30/2002 | | **Terminated party William Dailey (Barhome, Sydelle) (Entered: 11/01/2002) |
| 10/30/2002 | | **Terminated party Charles Csrenko (Barhome, Sydelle) (Entered: 11/01/2002) |
| 10/30/2002 | | **Terminated party Joseph Dematteo (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Carle Eastburn (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Timothy Flood (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Craig Frederick (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Girard Genevie (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Randall Groff (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Ted Hassey (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party John Hapcic (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Warren Schaller (Montero, Edher) (Entered: 11/04/2002) |
| 10/30/2002 | | **Terminated party Stuart Berman (Montero, Edher) (Entered: 11/04/2002) |
| | | |

| 10/30/2002 | | **Terminated party Anthony Haywood (Montero, Edher) (Entered: 11/04/2002) |
| 10/31/2002 | | **Terminated party Dwayne Witfield (Montero, Edher) (Entered: 11/04/2002) |
| 10/31/2002 | | **Terminated party Michael Langer (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Robert Quinter (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Harry Quinter (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Victor Keehn (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Fred McClure (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party William Love (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Phillip Huff (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Maurice Barnes (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Rinaldo Foca (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Charles Torrents (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Paul Tolley (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Andrew Mellon (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Thomas Maisey (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Brian Keruskin (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Henry Klinger (Montero, Edher) (Entered: 11/05/2002) |
| 10/31/2002 | | **Terminated party Jeffrey Light (Montero, Edher) (Entered: 11/07/2002) |
| 10/31/2002 | | **Terminated party James Namish (Montero, Edher) (Entered: 11/07/2002) |
| 10/31/2002 | | **Terminated party Paul Steiner (Montero, Edher) (Entered: 11/07/2002) |

| 10/31/2002 | | **Terminated party Charles Nichols (Montero, Edher) (Entered: 11/07/2002) |
|---|---|---|
| 10/31/2002 | | **Terminated party Carlos Rodriguez (Montero, Edher) (Entered: 11/07/2002) |
| 10/31/2002 | | **Terminated party David Pauswinski (Montero, Edher) (Entered: 11/07/2002) |
| 10/31/2002 | | **Terminated party Timothy Dalton (Montero, Edher) (Entered: 01/22/2003) |
| 11/01/2002 | | **Terminated party Thomas Lofink (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | Sentencing held for Michael Elliot (23) on count(s) 3 of the indictment (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | 904 | CALENDAR ENTRY as to Michael Elliot; Case called before Judge Leonard D. Wexler on 11/1/02 at 10:00 a.m. for criminal cause for sentencing. Deft. present in custody with cja counsel, Neil Checkman. Govt: Leonard Lato/Gary Brown. Court Reporter Paul Lombardi. Sentencing held. Deft. sentenced to 60 months and 3 years supervised release on Count 3 of the indictment (See Judgment for additional conditons of release and forfeiture clause). Counts 1,2, and 4 are dismissed on the govt's motion. The Court recommends to BOP: FCI Fairton, NJ for Schuykill, PA. Deft. is also to be provided with alcohol treatment and given proper medication. A special assessment of $100.00 was imposed. Deft remanded. (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | 905 | JUDGMENT Deft. Michael Elliot (23) sentenced on count(s) 3 of the indictment. Counts 1,2, and 4 are dismissed on the govt's motion. The deft. is hereby committed to the custody of the USBOP to be imprisoned for a term of 60 months. The Court recommends to the BOP that deft. be incarcerated at FCI Fairton, NJ or Schuykill, PA. Deft. is to be provided with alcohol treatment and given the proper medication. The deft. is remanded to the custody of the US Marshall. Upon release from imprisonment, the deft. shall be on Supervised Release for a term of three (3) years. The deft. shall also comply with the following additional conditions of supervised release: The deft. Shall not associate, directly or indirectly, with current or former members of the Pagans or Hells Angels. The deft. shall not possess any items, colors, or logos associated with the Pagans or any other outlaw motorcycle clubs. The deft. shall comply with the forfeiture clause of the plea agreement. The deft. shall undergo substance abuse treatment, if necessary, with a provider selected by the Probation Dept. Treatment may include outpatient or residential treatment as determined by the Probation Dept. The deft. shall abstain from illegal substances. The deft. shall contribute to the cost of services rendered or medications prescribed via co-payment or full payment in an amt. Approved by the Probation Dept., based upon the deft's ability to pay and/or the availability of third party payment. During the period of supervised release, as a special condition, a prohibition on the possession |

| | | |
|---|---|---|
| | | of a firearm. The deft.shall pay the following criminal monetary penalties: A Special Assessment of $100.00 to be paid immediately and in full. The deft shall forfeit the deft's interest in the following property to the US: 1) Firearms, ammunition and stun guns; 2) knives and other edged weapons; 3) slappers, chains and hammers; 4) clubs, including bats and walking sticks; 5) bulletproof vests; and 6) "Colors" and other items bearing "Pagan" logos, including but not limited to "13" and 1%". (Signed by Judge Leonard D. Wexler on 11/1/02) cm (Montero, Edher) Modified on 11/25/2002 (Entered: 11/08/2002) |
| 11/01/2002 | | DISMISSAL of Count(s) on Government Motion as to Michael Elliot terminating [538-1] motion for discovery and inspection as to Michael Elliot (1), terminating [538-2] motion for a Bill of Particulars as to Michael Elliot (1) Counts Dismissed: Michael Elliot (23) count(s) 1, 2, 4 (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | **Terminated party Michael Elliot (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | **Terminated party Ronnie James (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | **Terminated party Robert Francis (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | **Terminated party William Grayson (Montero, Edher) (Entered: 11/08/2002) |
| 11/01/2002 | | **Terminated party Richard Mahaffey (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Bruce Thomas (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Richard Burkhardt (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Jesse Grayson (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Dennis Rohrbach (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Gilbert Ramirez (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Paul Blume (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party John Orem (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Stephen Johnston (Montero, Edher) (Entered: 11/14/2002) |
| 11/01/2002 | | **Terminated party Dominick Dipietro (Montero, Edher) (Entered: 11/26/2002) |

Case 1:06-cr-00087-LJE  Document 9-4    Filed 10/20/2006    Page 8 of 17

| 11/15/2002 | 938 | CJA 20 as to Michael Elliot : Appointment of Attorney Neil Checkman. (Signed by Magistrate E. T. Boyle on 11/15/02) (Montero, Edher) (Entered: 11/22/2002) |
| --- | --- | --- |
| 12/03/2002 | | **Terminated party John Hane (Montero, Edher) (Entered: 12/19/2002) |
| 12/03/2002 | | **Terminated party Bruce England (Montero, Edher) (Entered: 12/19/2002) |
| 12/04/2002 | | **Terminated party Larry Mabry (Montero, Edher) (Entered: 12/19/2002) |
| 12/10/2002 | | **Terminated party John Jones (Montero, Edher) (Entered: 12/20/2002) |
| 12/17/2002 | | **Terminated party James Hawks (Montero, Edher) (Entered: 12/26/2002) |
| 12/19/2002 | | **Terminated party Ricky Rader (Montero, Edher) (Entered: 12/27/2002) |
| 12/19/2002 | | **Terminated party Robert Hrifko (Montero, Edher) (Entered: 12/27/2002) |
| 01/22/2003 | | **Terminated party Dennis Katona (Montero, Edher) (Entered: 01/28/2003) |
| 04/16/2003 | 1036 | CJA 20 as to Michael Elliot: Authorization to Pay Neil B. Checkman, Esq. Amount: $7,500.00, Voucher # 030507000003. (Signed by Judge Leonard D. Wexler on 4/16/03) (Montero, Edher) (Entered: 05/16/2003) |
| 04/21/2003 | 1024 | INTER-OFFICE MEMO from Sharon DeLuca to Cinthia Mahon dated 4/19/03. RE: Enclosing Probation Form 22 signed by Hon. Leonard D. Wexler in EDNY and Hon. Samuel G. Wilson, Chief US Judge in Western Dist. of Virginia. (Montero, Edher) (Entered: 04/24/2003) |
| 05/01/2003 | 1027 | RETURN RECEIPT CARD returned to Clerks office Receipt #: 7000-1670-0008-3900-9068 received on: 5/1/03 (Montero, Edher) (Entered: 05/02/2003) |
| 05/01/2003 | | **Terminated party Michael Hrabel (Montero, Edher) (Entered: 05/06/2003) |
| 05/05/2003 | 1029 | RETURN RECEIPT CARD returned to Clerks office Receipt #: 7000-1670-0011-6755-7870 received on: 5/5/03 (Montero, Edher) (Entered: 05/06/2003) |
| 09/13/2006 | 1112 | Probation Jurisdiction Transferred to the District of Delaware as to Michael Elliot. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Mahon, Cinthia) (Entered: 09/18/2006) |
| 09/13/2006 | 1113 | Received an Interoffice Memorandum from Deborah Nieders, Executive Assistant, U.S. Probation, EDNY, dated 9/12/06 re: Transfer of Jurisdiction as to Michael Elliot to the District of Delaware. Per attachment, papers to be forwarded to U.S. Probation in Dover, DE Attn: Nancy Klingler, USPO. (Mahon, Cinthia) (Entered: 09/18/2006) |